UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

CLIDE WILSON

                              Plaintiff,

    **-v.-**

                              Civil Action No.
                              9:14-cv-897 (GLS/ATB)

STEPHEN RACETTE

                              Defendant.

--------------------------------------------------------------------------------

APPEARANCES:                     OF COUNSEL:

**FOR THE PLAINTIFF:**

CLIDE WILSON
*Pro Se*
11-A-1600
Clinton Correctional Facility
P.O. Box 2002
Dannemora, New York 12929

**FOR THE DEFENDANT:**

HON. ERIC T. SCHNEIDERMAN     PRISCILLA I. STEWARD, ESQ.
New York State Attorney General     Assistant Attorney General
120 Broadway
New York, New York 10271

GARY L. SHARPE,
DISTRICT JUDGE

# **ORDER**

The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Andrew T. Baxter, duly filed August

11, 2015. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed August 11, 2015 (Dkt. No. 12) is ACCEPTED in its entirety for the reasons stated therein; and it is further

**ORDERED** that the petition is DENIED and DISMISSED; and it is further

**ORDERED** that no certificate of appealability shall issue in this case because Petitioner has failed to make a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

September 2, 2015
Albany, New York

Gary L. Sharpe
U.S. District Judge